UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-644

---

PENNSYLVANIA NATIONAL MUTUAL
INSURANCE COMPANY

           Plaintiff,

-vs.-

MARLOU CONSULTANT ENTERPRISES, INC.

and

ADDISON INSURANCE COMPANY

           Defendants.

---

**ORDER**

THIS MATTER is before the Court upon its own motion. Advanced Construction & Consulting LLC is before the United States Bankruptcy Court for the Western District of North Carolina as a chapter 7 debtor in Case No. 09-32809. Two adversary proceedings commenced in the underlying bankruptcy case (Adversary Proceeding No. 10-03222 and Adversary Proceeding No. 10-03235). The Bankruptcy Court consolidated the cases and designated Adversary Proceeding No. 10-03222 as the lead case. [D.I. 1]. The Bankruptcy Court also recommended that this Court withdraw the reference of the consolidated adversary proceedings. Id. Upon review of the pleadings and discussion with the parties as to procedure, it is **HEREBY ORDERED** that:

1. The Parties shall file a joint stipulation setting forth any attorney who is not listed on the District Court docket who shall be appearing and shall require notice of pleadings or proceedings, and setting forth the requested case caption for the consolidated cases; and

2. Any attorney who is not listed on the docket and who does not have a District Court ECF

account shall register for such an account and shall file a notice of appearance with this court; and

3. The Parties shall file a joint proposed order withdrawing the reference from the Bankruptcy Court for this Court's review and signature.

Signed: April 18, 2011

Graham C. Mullen
United States District Judge