# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-cv-644-GCM

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>vs.<br><br>MARLOU CONSULTANT ENTERPRISES, INC.<br><br>and<br><br>ADDISON INSURANCE COMPANY,<br>　　　　Defendants.<br><br><br>GMRI, INC., RED LOBSTER OF TEXAS, INC., DARDEN SW, LLC, AND LIBERTY MUTUAL INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY ,<br>　　　　Defendant. | Bankruptcy Case No. 09-32809<br>Chapter 7<br><br>Bankruptcy Adversary Proceeding<br>Case No. 10-3222<br><br>and<br><br>Bankruptcy Adversary Proceeding<br>Case No. 10-3235 |

　　　　This matter is before the Court upon the recommendation of U.S. Bankruptcy Judge J. Craig Whitley and the Order Granting Motions to Consolidate Proceedings and Recommending Withdrawal of Reference filed December 17, 2010 [D.I. 1].

　　　　The parties have consented to the withdrawal of reference from the bankruptcy court and it appears from the Consent Motion to Consolidate Proceedings and to Withdraw Reference from

the Bankruptcy Court [D.I. 1-1] there are appropriate grounds for withdrawing the reference as recommended by Judge Whitley.

**THEREFORE IT IS ORDERED THAT:**

The bankruptcy reference in Adversary Proceedings 10-3222 and 10-3235 is hereby **WITHDRAWN**; and

The Deputy Clerk shall forward a copy of this Order to the U.S. Bankruptcy Court for the Western District of North Carolina and specifically The Honorable J. Craig Whitley.

Signed: April 25, 2011

Graham C. Mullen
United States District Judge